**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JUSTIN GARDNER,                                    No. CIV S-07-1325-MCE-CMK-P

       Petitioner,

    vs.                                                          <u>ORDER</u>

STATE OF CALIFORNIA,

       Respondent.

                           /

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On October 1, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

///

///

///

1

1    Although it appears from the file that the findings and recommendations were

2  returned, the parties were properly served.  It is the responsibility of the parties to keep the court

3  apprised of their address of record at all times.  Pursuant to Local Rule 83-182(d), service of

4  documents at the record address of the party is fully effective.

5    The court has reviewed the file and finds the findings and recommendations to be

6  supported by the record and by the magistrate judge's analysis.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.    The findings and recommendations filed October 1, 2007, are adopted in

9  full;

10    2.    The petition for writ of habeas corpus is summarily dismissed for failure to

11  exhaust state court remedies; and

12    3.    The Clerk of the Court is directed to enter judgment and close this file.

13

14
    Dated:  October 31, 2007

15

16    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26